1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11  AUGUST HIMES, JR.,                )  NO. CV 04-8899-MAN
                                      )
12                    Plaintiff,      )
          v.                          )  JUDGMENT
13                                    )
                                      )
14  JO ANNE B. BARNHART,              )
    Commissioner of the              )
15  Social Security Administration,   )
                                      )
16                    Defendant.      )
    _____ )
17

18       Pursuant to the Court's Memorandum Opinion and Order,

19

20       IT IS ADJUDGED that the decision of the Commissioner of the Social

21  Security Administration is reversed, and the cause is remanded for

22  further proceedings consistent with the provisions of the Memorandum

23  Opinion and Order.

24

25  DATED: September 27, 2006

26                                      _____
                                                /s/
27                                      MARGARET A. NAGLE
                                      UNITED STATES MAGISTRATE JUDGE

28